EMILY E. FORSTER, as Administratrix of the Estate of WILLIAM J. FORSTER, Deceased, Appellant, *v.* AUGUST HECKSCHER et al., as Receivers of MILLIKEN BROTHERS, Respondents.

*Forster* v. *Heckscher,* 143 App. Div. 947, appeal dismissed.

(Submitted June 12, 1911; decided June 16, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 29, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that appellant had failed to serve the undertaking necessary to perfect the appeal.

*Louis Cohn* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.